NOT DESIGNATED FOR PUBLICATION

No. 124,975

IN THE COURT OF APPEALS OF THE STATE OF KANSAS

STATE OF KANSAS,
*Appellee*,

v.

SAMUEL LUCAS PORTLOCK,
*Appellant*.


MEMORANDUM OPINION

Appeal from Shawnee District Court; CHERYL A. RIOS, judge. Opinion filed January 27, 2023. Affirmed.

Submitted by the parties for summary disposition under K.S.A. 2021 Supp. 21-6820(g) and (h).

Before CLINE, P.J., ISHERWOOD, J., and PATRICK D. MCANANY, S.J.

PER CURIAM: Samuel Lucas Portlock claims the district court abused its discretion when it revoked his probation and ordered him to serve his underlying prison sentence. We granted his unopposed motion for summary disposition under Supreme Court Rule 7.041A (2022 Kan. S. Ct. R. at 48).

Portlock admits the district court had the legal authority to revoke his probation since he stipulated to committing a new crime while on probation. See K.S.A. 2021 Supp. 22-3716(c)(7)(C) (permitting revocation when a new crime is committed on probation). Portluck does not argue the district court made any legal or factual error, and we find nothing unreasonable about the district court's decision.

1

Affirmed.